**No. 47439.**—Protests 39021–K/89537, etc., of Oscar Leistner, Inc. (Chicago).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188) the claim at 25 percent under paragraph 353 was sustained.